## CAINE et al. v. HAGENBARTH.

No. 2093.   Decided January 6, 1910 (106 Pac. 954).

APPEAL from District Court, Third District; *Hon. T. D. Lewis,* Judge.

Action by Joseph E. Caine and another against F. J. Hagenbarth.

Judgment for plaintiff.   Defendant appeals.

REVERSED AND REMANDED, WITH DIRECTIONS.

*Dickson, Ellis, Ellis & Schulder* for appellant.

*C. S. Price* and *Van Cott, Allison & Riter* for respondents.

FRICK, J.

This action is based upon the same contract which was involved in the case between the same parties that we have just decided and which precedes this one.   (106 Pac. 945.) All the questions that are involved on this appeal were involved and have been decided in the case aforesaid.   This case, therefore, is controlled by the decision in that case. Upon the authority of that case the judgment is reversed, with directions to the trial court to grant a new trial.   It is further ordered that neither party recover costs on appeal.

STRAUP, C. J., and McCARTY, J., concur.